AO 442 (Rev. 01/09) Arrest Warrant

9249671

# SEALED UNITED STATES DISTRICT COURT
## for the
## District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Rodolfo López-Ibarra, Et al.<br><br>*Defendant* | Case: 1:13-cr-00161<br>Assigned To : Rothstein, Barbara Jacobs<br>Assign. Date : 6/4/2013<br>Description: INDICTMENT (B)<br>Case Related To: 08-cr-057 (BJR) |

2013 JUN -6 A 29

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RODOLFO LÓPEZ-IBARRA, a/k/a "Gordo Pipero," "Gordo 41" and "Nene",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Manufacture & Distribute Five Kilograms or More of Cocaine for Importation into the United States, in violation of 21 U.S.C. Sections 959, 960, 963.

Date: 06/04/2013

*Issuing officer's signature*

City and state:   Washington, D.C.

Magistrate Judge Deborah A. Robinson
*Printed name and title*

### Return

This warrant was received on *(date)* 06-04-13, and the person was arrested on *(date)* 02-27-25
at *(city and state)* WASHINGTON DC.

Date: 02-28-25

*Arresting officer's signature*

COREY WILLIAMS DUSM
*Printed name and title*